# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HEIDE NOONAN,

    Plaintiff,

    v.                                                Case No. 18-CV-641

ANDREW M. SAUL, Commissioner of
Social Security,

    Defendant.

## ORDER FOR REMAND

Based upon the decision of the United States Court of Appeals for the Seventh Circuit reversing this Court's earlier Judgment affirming the Commissioner's decision, **IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed and the case is remanded for further proceedings consistent with the decision of the Court of Appeals. The Clerk is directed to enter Judgment accordingly.

Dated at Milwaukee, Wisconsin this 22nd day of January, 2021.

BY THE COURT,

_____
NANCY JOSEPH
United States Magistrate Judge